SLIP OPINION

Cite as 2015 Ark. App. 70

# ARKANSAS COURT OF APPEALS

DIVISION I
No. CV–14–72

| | | |
|---|---|---|
| JENNIFER STEELE | APPELLANT | **Opinion Delivered** February 11, 2015 |
| V. | | APPEAL FROM THE PULASKI COUNTY CIRCUIT COURT, TWELFTH DIVISION [NO. 60DR–13–2293] |
| JOHN LYON | APPELLEE | HONORABLE ALICE S. GRAY, JUDGE |
| | | SUPPLEMENTAL ADDENDUM ORDERED |

## RAYMOND R. ABRAMSON, Judge

Jennifer Steele brings this appeal from the order of protection entered by the Pulaski County Circuit Court on September 10, 2013, in favor of Steele's former boyfriend, appellee John Lyon. The issues on appeal are (1)whether the trial court erred in allowing appellee to testify or erred in admitting certain evidence during his testimony that appellant argues was not provided in discovery; (2) whether the trial court erred in ruling that the case fell within the scope of the Domestic Abuse Act; (3) whether the trial court erred in allowing appellee's Exhibit 1 into evidence; (4) whether the trial court erred in allowing appellant to read text messages into the record that she could not authenticate; and (5) whether sufficient evidence supported the trial court's ruling in favor of appellee. We are unable to reach the merits of Steele's arguments at this time due to deficiencies in her addendum. Because the addendum

SLIP OPINION

is not in compliance with Arkansas Supreme Court Rule 4–2(a)(8), we order appellant to file a supplemental addendum.

Rule 4–2(a)(8) requires the addendum to contain all documents in the record that "are essential for the appellate court to confirm its jurisdiction, to understand the case, and to decide the issues on appeal." Specifically, the Rule requires "any order extending the time to file the record on appeal" to be included in the addendum. Ark. Sup. Ct. R. 4-2(a)(8)(A)(i) (2014). Because appellant has not included the circuit court's order granting the extension of time to lodge the record, we direct her to correct this deficiency by filing a supplemental addendum within seven calendar days from the date of this opinion. Ark. Sup. Ct. R. 4-2(b)(4). *See In re 4-2(b) of the Rules of the Supreme Court*, 2011 Ark. 141. We strongly encourage appellate counsel, prior to filing the supplemental addendum, to review our rules as well as the addendum to ensure that no additional deficiencies are present.

Supplemental addendum ordered.

HARRISON and GLOVER, JJ., agree.

*Scott A. Strain*, for appellant.

*Robertson Law Firm*, by: *Bonnie Robertson*, for appellee.